*13*

United States District Court
Southern District of Texas
ENTERED
AUG 0 7 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE

United States District Court
Southern District of Texas
FILED
AUG 07 1998
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ALEJANDRO CASAS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-258 |
| § | |
| VENTURA PEREZ AND DAYTON § | |
| HUDSON CORPORATION AND § | |
| DAYTON HUDSON CORPORATION § | |
| D/B/A TARGET STORES § | |

TYPE OF CASE:       __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION TO EXTEND DEADLINES**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 21, 1998 AT 10:15 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 7, 1998

TO:    MR. AARON PENA, JR.
       MR. MICHAEL J. URBIS/MR. FRANK E. PEREZ
       MR. WILLIAM L. DAVIS