United States District Court
Southern District of Texas
ENTERED

AUG 2 6 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALEJANDRO CASAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-258 |
| | § | |
| VENTURA PEREZ, ET AL. | § | |

## ORDER ON PLAINTIFFS' MOTION TO EXTEND DEADLINES

On this 21st day of August 1998, the Court considered the Plaintiffs' Motion to Extend Deadlines. The Court, having considered the Motion, finds that it is well-taken.

IT IS ORDERED that the dates set in the scheduling order of January 9, 1998 are hereby passed.

IT IS FURTHER ORDERED that the Court extend the deadlines as follows:

Discovery cut-off is October 2, 1998.

Motions for Summary Judgment must be filed by October 23, 1998.

Response to Motions for Summary Judgment must be filed by November 20, 1998.

Agreed Pretrial Order must be filed by December 11, 1998.

Final pretrial and settlement conference is set for December 11, 1998 at 2:30 P.M.

Jury selection is set for January 8, 1999 at 8:30 A.M. before Judge Filemon B. Vela.

Trial is set for January 19, 1999 at 9:00 A.M. before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 21st day of August 1998.

_____
John Wm. Black
United States Magistrate Judge