17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALEJANDRO CASAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-258 |
| | § | |
| VENTURA PEREZ AND DAYTON | § | |
| HUDSON CORPORATION AND | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES | § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**FINAL PRETRIAL AND SETTLEMENT CONFERENCE**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:           CONTINUED TO DATE AND TIME:

**DECEMBER 11, 1998 AT 2:30 P.M.**                   **JANUARY 7, 1999 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 8, 1998

TO:   MR. AARON PENA, JR.
        MR. MICHAEL J. URBIS/MR. FRANK E. PEREZ
        MR. WILLIAM L. DAVIS

```
CASE:      1:97-cv-00134
DOCUMENT:  4
DATE:      12/09/98

CLERK:     og
```

ClibPDF - www.fastio.com

United States District Court
Southern District of Texas
ENTERED

DEC 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCIO RODRIGUEZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-97-134 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-098 |
| | § | CRIMINAL NO. B-96-072 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Lucio Rodriguez ("Rodriguez") has filed a petition pursuant to 28 U.S.C. § 2255 (Docket No. 1). The government has filed a Motion to Dismiss, (the response filed by the government bore only the criminal cause numbers, not the civil number. The clerk has been instructed to place a copy of the response in the civil file) which for the reasons set forth below should be granted.

### BACKGROUND

This case moved back and forth between the Southern District of Texas and the Northern District of Texas. It has its origin in an indictment in Fort Worth, Texas, which charged Rodriguez and others with a drug offense. The case was docketed in the Fort Worth Division of the Northern District of Texas in Cause No. 4:95-CR-038-A. The case was transferred to the United States District Court for the Southern District of Texas pursuant to Fed. R. Cr. P. 20. It was retransferred to Fort Worth. It came back to Brownsville. It was sent back to Fort Worth. Finally, it returned to Brownsville.

This odyssey began on May 31, 1995, and ended with an amended judgment entered in

Brownsville on October 21, 1996. Rodriguez was sentenced to 72 months in custody after a guilty plea. No direct appeal was filed. Rodriguez' only complaint is that his conviction violated the Speedy Trial Act.

## RECOMMENDATION

Rodriguez never appealed His guilty plea waived his speedy trial complaint. *Nelson v. Hargett*, 989 F.2d 847, 850 (5th Cir. 1993); *United States v. Bell*, 966 F.2d 914, 915 (5th Cir. 1992); *Thye v. United States*, 96 F.3d 635, 637 (2nd Cir. 1996).

IT IS THEREFORE RECOMMENDED that the government's Motion to Dismiss be **GRANTED**. IT IS FURTHER RECOMMENDED that Lucio Rodriguez' Habeas Petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 8th day of December 1998.

                                                  John Wm. Black
                                                  United States Magistrate Judge

2