

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 11 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALEJANDRO CASAS | * |
| | * |
| | * |
| VS. | *   C.A. NO. B-97-258 |
| | * |
| | * |
| VENTURA PEREZ AND DAYTON | * |
| HUDSON CORPORATION AND | * |
| DAYTON HUDSON CORPORATION | * |
| d/b/a TARGET STORES | * |

## ORDER

BE IT REMEMBERED that on the date of the signing of this Order, that Plaintiff's and Defendants' Joint Motion for Continuance of Joint Pretrial Order was presented to the Court; and the Court is of the opinion that the same shall be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's and Defendants' Joint Motion for Continuance of Joint Pretrial Order is GRANTED.

SIGNED this 10 day of DEC, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Hon. William L. Davis, JACKSON, LEWIS, SCHNITZLER & KRUPMAN, 2311 Cedar Springs road, suite 400, Dallas, Texas 75201-7812
Hon. Michael J. Urbis, PEREZ & URBIS, 1335 Palm Boulevard, Suite B, Brownsville, Texas 78523-3490
Hon. Aaron Peña, Jr., AARON PEÑA & ASSOCIATES, 1110 South Closner, Edinburg, Texas 78539

5