

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALEJANDRO CASAS | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-258 |
| VENTURA PEREZ AND DAYTON HUDSON CORPORATION AND DAYTON HUDSON CORPORATION D/B/A TARGET STORES | § § § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE           SECOND FLOOR COURTROOM, #2
500 E. 10TH STREET
BROWNSVILLE, TEXAS**                                DATE AND TIME:

**FEBRUARY 11, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 7, 1999

TO:     MR. AARON PENA, JR.
        MR. MICHAEL J. URBIS/MR. FRANK E. PEREZ
        MR. WILLIAM L. DAVIS