

~~EXHIBIT "Q"~~

United States District Court
Southern District of Texas
ENTERED

FEB 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF TEXAS~~
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALEJANDRO CASAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. B-97-258 |
| | § | |
| VENTURA PEREZ AND DAYTON | § | |
| HUDSON CORPORATION AND | § | |
| DAYTON HUDSON CORPORATION | § | |
| d/b/a TARGET STORES, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

The parties have announced that all matters in dispute between them have been fully and finally resolved. It is therefore,

ORDERED, ADJUDGED AND DECREED that all causes of action brought by Plaintiff in the above-entitled and numbered cause be and the same are hereby DISMISSED WITH PREJUDICE to the right of the Plaintiff to refile same or any part thereof. All costs of Court are taxed against the party incurring same.

SIGNED this 16TH day of FEB, 1999.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**AGREED ORDER OF DISMISSAL**                                                      **PAGE 1**

APPROVED AS TO FORM AND SUBSTANCE:

AARON PENA & ASSOCIATES
 1110 South Closner
 Edinburg, Texas 78539
 PH: (956) 383-5555
 FX: (956) 381-0001

By: _____
 Aaron Pena, Jr., Esq.
 State Bar No. 15739010
 Miguel Salinas, Esq.
 State Bar No. 17534750
 Kathleen Henley, Esq.
 State Bar No. 09465100

ATTORNEYS FOR PLAINTIFF ALEJANDRO CASAS


JACKSON, LEWIS, SCHNITZLER & KRUPMAN
 2311 Cedar Springs Road, Suite 400
 Dallas, Texas 75201
 PH: (214) 220-0025
 FX: (214) 220-0076

By: _____
 William L. Davis, Esq.
 State Bar No. 05563800

ATTORNEYS FOR DEFENDANTS
VENTURA PEREZ, DAYTON HUDSON
CORPORATION, AND DAYTON HUDSON
CORPORATION D/B/A TARGET STORES